JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ELDON BENNETT,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>DEBBIE ASUNCION, Warden,<br><br>　　　　　　　Respondent. | Case No. ED CV 16-00392-VBF (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order denying the habeas corpus petition and dismissing the action with prejudice, **final judgment is hereby entered in favor of the respondent and against petitioner Mark Eldon Bennett.**

Dated: November 14, 2017

_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE